# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.          Crim. No. 5:11-CR-334-1H

**RICHARD RAY ISENBERG**

On January 16, 2015, the above-named was placed on a term of supervised release for a period of 36 months. The offender died on November 25, 2015, therefore, it is recommended that all proceedings in this case be terminated.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Supervising U.S. Probation Officer

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: December 14, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of December, 2015.

Malcolm J. Howard
Senior U.S. District Judge